UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 06-223 PA                                Date: May 23, 2006

---

**PRESENT: HON. PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| C. Kevin Reddick | Jennifer Cheshire | None | Ted Moreton |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U.S. Attorney |

**USA v. (DEFENDANTS PRESENT):**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

(1)   Marizol A. Roland                            (1)   Ken Behzadi

_X_ Present  ___ Custody  _X_ Bond  ___ O/R        ___ DFPD  _X_ Retained  _X_ Present

**PROCEEDINGS:   CHANGE OF PLEA**

☒   Defendant moves to change her plea to the Single Count Information.

☒   Defendant now enters a new and different plea of guilty to the Single Count Information.

☒   The Court questions the defendant regarding her plea of guilty and finds that there is a factual basis for the plea. The court also finds that the defendant entered her plea freely and voluntarily, with a full understanding of the charges against him and the consequences of the plea. The court finds that the defendant understands her constitutional and statutory rights and wishes to waive them. Accordingly, the Court orders the plea is accepted and entered.

☒   Counsel are notified that Rule 32 of the Federal Rules of Criminal Procedure requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections no later than twenty-one (21) days before sentencing. The Court construes "objections" to include departure arguments. Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the court clerk. Strict compliance with these deadlines is <u>mandatory</u> because untimely filings interfere with the abilities of the Probation Office and of the Court to prepare for sentencing. Failure to meet these deadlines is grounds for sanctions.

☒   . The Court refers the defendant to the Probation Office for investigation and the preparation of a presentence report. The matter is continued for sentencing to September 25, 2006, at 8:30 a.m.

cc:   Probation
      PSA



---

CR-8 (9/97)                    CRIMINAL MINUTES - CHANGE OF PLEA

Initials of Preparer _____