KEN K. BEHZADI, #164157
10850 Wilshire Blvd. 4th Floor
Los Angeles, CA. 90024
Tel: 31-441-9341

Attorney for Defendant
MARIZOL A. ROLAND

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2006
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIZOL A. ROLAND

    Defendant.

CASE NO.: CR 06-223-PA

STIPULATION RE: SENTENCING CONTINUANCE;

IT IS HEREBY STIPULATED AND AGREED between defendant MARIZOL A. ROLAND by and through her attorney, Ken K. Behzadi, and the United States of America, by and through its attorney, Edward B. Moreton, Jr., Assistant U.S. Attorney, that:

the sentencing hearing in this matter, previously set for September 25, 2006 at 8:30 a.m, to be continued to October 30, 2006, at 8:30 a.m.

cc: USPO
PTS

DOCKETED ON CM
SEP 2 6 2006
BY _____ 171

1  The reason for the continuance is that government counsel would be filing a document under
2  seal and defense counsel would like to review that document before responding with his
3  sentencing position.

4

5

6  Dated: September 20, 2006

   Ken K. Behzadi
7  Attorney for Defendant
   MARIZOL A. ROLAND

8

9

10 Dated: September 21, 2006

11 Edward B. Moreton, Jr.
   Assistant U.S. Attorney
12 Attorney for Plaintiff

13

14

15

16

17

18 IT IS SO ORDERED,

19
   This 21st day of September 2006
20

21

22

   HONORABLE PERCY ANDERSON
23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I, **TINA L. GRAY**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION RE: SENTENCING CONTINUANCE**

**service was:**

| | |
|---|---|
| [X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand delivery addressed as follows: | [ ] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

**Ken K. Behzadi, Esq.**
**10850 Wilshire Blvd., 4th Floor**
**Los Angeles, CA 90024**

**USPO Mairi Sanford**
**312 N. Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on **September 21, 2006**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____ FOR TINA GRAY
TINA L. GRAY